IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                    NO. 4:21-MJ-122 JTR

AUGUSTUS SHENKER

<u>CLERK'S MINUTES</u>

| | |
|---|---|
| Date: | May 20, 2021 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Joan Shipley |
| Defense Attorney | Jeff Rosenzweig |

Defendant Augustus Shenker was seen before Judge J. Thomas Ray for an initial appearance on a complaint filed with the Court on 5/19/21; Defense counsel's unopposed motion for the Defendant to undergo a psychiatric evaluation at the BOP was granted; the Court remanded the Defendant to the custody of the US Marshal for transport to a BOP facility.