

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 01 2021

JAMES W. McCORMACK, CLERK
By: _____ Tammy Civ _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:21CR00147 LPR |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2251(a) and (e) |
| | ) | 18 U.S.C. §§ 2252(a)(1) and (b) |
| AUGUSTUS SHENKER | ) | 18 U.S.C. § 2252(a)(4)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about March 8, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_1254~video.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TWO

On or about March 8, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_1255~video.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign

commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## **COUNT THREE**

On or about March 8, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_1257˜video.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## **COUNT FOUR**

On or about March 8, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_1258˜video.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT FIVE

On or about March 8, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_1259˜video.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT SIX

On or about March 8, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_1260˜video.MOV), and that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT SEVEN

On or about April 4, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

knowingly transported one or more visual depictions, using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by

computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1) and (b).

## **COUNT EIGHT**

On or about April 15, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3378.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## **COUNT NINE**

On or about April 19, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3429.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TEN

On or about April 19, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3430.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT ELEVEN

On or about April 21, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3464.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TWELVE

On or about April 21, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file

name IMG_3465.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT THIRTEEN

On or about April 22, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3496.MOV), and visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT FOURTEEN

On or about April 22, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3497.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## **COUNT FIFTEEN**

On or about April 22, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3498.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## **COUNT SIXTEEN**

On or about April 22, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3499.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## **COUNT SEVENTEEN**

On or about April 22, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file

name IMG_3501.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT EIGHTEEN

On or about April 23, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3526.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT NINETEEN

On or about April 23, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3527.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TWENTY

On or about April 23, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3528.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TWENTY-ONE

On or about April 23, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file name IMG_3531.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TWENTY-TWO

On or about April 23, 2021, in the Eastern District of Arkansas, the defendant,

AUGUSTUS SHENKER,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (specifically, file

name IMG_3532.MOV), and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT TWENTY-THREE

On or about May 17, 2021, in the Eastern District of Arkansas and elsewhere, the defendant,

AUGUSTUS SHENKER,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION ONE

Upon conviction of Counts One through Twenty-Three of this Indictment, the defendant, AUGUSTUS SHENKER, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.