**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                            CASE NO. 4:21-CR-147-LPR

AUGUSTUS SHENKER                                            DEFENDANT

## **ORDER**

On June 2, 2021, the Court granted defense counsel's request for a psychological evaluation. *Doc. 7*. The United States Marshal has informed the Court that Defendant has been designated to Fort Worth Federal Medical Facility, for examination. Accordingly, the United States Marshal is directed to transport Defendant to Fort Worth Federal Medical Facility.

IT IS THEREFORE ORDERED THAT:

(1)    Pursuant to 18 U.S.C. § 4247(b) and (c), Defendant AUGUSTUS SHENKER is committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychological evaluation pursuant to 18 U.S.C. § 4241, and for a period not to exceed forty-five (45) days for a psychological examination pursuant to 18 U.S.C. § 4242.

(2)    Pursuant to 18 U.S.C. § 4247(c), the person conducting the examination shall file a report with the Court on the results of the psychological examination, and send copies of that report to counsel for Defendant and the Government. The

Government is represented by Assistant United States Attorneys Joan Shipley and

Kristin Bryant, U.S. Attorney's Office, Eastern District of Arkansas, Post Office Box

1229, Little Rock, AR 72203, and Defendant is represented by Jeffrey Rosenzweig,

Attorney at Law, 300 Spring Street, Suite 310, Little Rock, AR 72201.

(3)     The report must state whether Defendant AUGUSTUS SHENKER is

suffering from a mental disease or defect that renders him mentally incompetent to

the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist properly in his defense; whether he was mentally

incompetent at the time of the offense; and, if he is mentally incompetent, whether

his release would create a substantial risk of bodily harm to another person or serious

damage to property of another person.

(4)     The parties have fourteen (14) days, from the date they receive the

report, to file a motion in opposition to it. Such a motion must be filed with United

States District Judge Lee P. Rudofsky and contain a concise statement of the reasons

for opposition with supporting authorities.

(5)     The delay occasioned by the examination ordered herein shall be

excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C.

§ 3161(h)(1)(A) and (F). Subsection (F) excludes the delay resulting from

transportation to and from places of examination "except that any time consumed in

excess of ten days from the date [of]…an order directing such transportation, and

the defendant's arrival at the destination shall be presumed to be unreasonable[.]"

SO ORDERED, this 16th day of June, 2021.


_____
UNITED STATES MAGISTRATE JUDGE