# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

V.                 NO. 4:21-CR-147-LPR

AUGUSTUS SHENKER                             DEFENDANT

## ORDER

Due to difficulties with videoconference service where Defendant Augustus Shenker is being held while in custody of the United States Marshal, Defendant's attendance will be necessary for the plea and arraignment hearing scheduled on September 21, 2021, at 12:00 p.m. at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, in Courtroom 1C. The United States Marshal is directed to transport Defendant to the proceeding.

IT IS SO ORDERED this 16th day of September, 2021.

*/s/ J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE