## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:21–cr–00147–LPR**

**Augustus Shenker**                                                                          **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for May 15, 2023, at 08:30 AM before Judge Lee P. Rudofsky in Little Rock Courtroom # 1D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 30, 2023                                   AT THE DIRECTION OF THE COURT
                                                                              TAMMY H. DOWNS, CLERK

                                                          **By:** Heather M. Lyvers–Clark, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas